UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                       Case No.:   2:17-cr-82-SPC-NPM

TORY CARNEGIE

## ORDER

Before the Court is Defendant Tory Carnegie's Unopposed Motion for Early Termination of Supervised Release. (Doc. 153). In the motion, Defendant explains that the United States has no objection, and the Probation Office defers to the Court. (*Id.* at 3–4). For the following reasons, the motion is granted.

Defendant pled guilty to possession with the intent to distribute narcotics and felon in possession of a firearm. The Court sentenced him to 97 months' imprisonment and five years of supervised release. (Doc. 131). Defendant's supervised release began on March 17, 2023, and he has served more than half of his term.

Defendant has a stable home in North Port, Florida. He has worked for DeAngelo Contracting Services for more than two years, where he is a lead highway technician. His employer "raves about his work" and describes him as a "model employee." (Doc. 153 at 2, 3). He has five children, is close to all

of them, and supports them financially. His Probation Officer reports that he has been successful on supervised release, has not violated any conditions of supervision, and has never tested positive for narcotics.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of supervised release early. Defendant has served more than half of his sentence of supervised release without incident. He is gainfully employed. The Government does not object to terminating his term of supervised release early, and the Probation Officer provides no reason for the Court to deny the motion. The Court thus finds that early termination of Defendant's supervised release is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant Tory Carnegie's Unopposed Motion for Early Termination Supervised Release (Doc. 153) is **GRANTED**. Defendant's term of supervised release shall terminate on **February 3, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on January 21, 2026.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record